UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| TEDMUND B. JAMES,<br>　　　　Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>*Acting Commissioner of Social Security,*<br>　　　　Defendant. | **JUDGMENT**<br><br>Case No. 4:14-CV-205-KS |

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the parties' cross motions for judgment on the pleadings.

IT IS ORDERED, ADJUDGED AND DECREED the court GRANTS the Plaintiff's Motion for Judgment on the Pleadings [DE-30], DENIES the Defendant's Motion for Judgment on the Pleadings [DE-31], and the case is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. §405(g) for further consideration.

This Judgment filed and entered on February 29, 2016, with *electronic service* upon:

**Michael Bertics**
*Counsel for Plaintiff*

**Cathleen McNulty**
*Counsel for Defendant*

　　　　　　　　　　　　　　　　　　　　　　　　**JULIE R. JOHNSTON**
　　　　　　　　　　　　　　　　　　　　　　　　**CLERK, U.S. DISTRICT COURT**

February 29, 2016　　　　　　　　　　　　　　　/s/ *Shelia D. Foell*
　　　　　　　　　　　　　　　　　　　　　　　　(By): Shelia D. Foell, Deputy Clerk