IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 4:14-CV-00205

| | |
|---|---|
| TEDMUND B. JAMES,<br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY<br>ADMINISTRATION,<br>    Defendant. | ORDER APPROVING<br>APPLICATION FOR<br>ATTORNEY FEES UNDER<br>THE EQUAL ACCESS TO<br>JUSTICE ACT |

The matter comes before the court on the Plaintiff's Application for Payment of Attorney Fees pursuant to the Equal Access to Justice Act, 28 U.S.C.A. § 2412. And it appearing the Plaintiff is the prevailing party, than no substantial justification exist that would render the payment of attorney fees in this matter unjust,

IT IS HEREBY ORDERED Plaintiff's application for attorney fees is APPROVED in the amount of $5,453.00, this the 22nd day of June, 2016.

_____
KIMBERLY A. SWANK
United States Magistrate Judge