UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| TEDMUND B. JAMES,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>CAROLYN W. COLVIN,<br>*Acting Commissioner of Social Security,*<br>　　　　Defendant. | **JUDGMENT**<br><br>Case No. 4:14-CV-205-KS |

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the Plaintiff's Motion for Attorney Fees.

IT IS ORDERED, ADJUDGED AND DECREED the court GRANTS the Plaintiff's Motion for Attorney Fees [DE-46] and awards Plaintiff, $5,453.00 in attorney's fees under the Equal Access to Justice Act, pursuant to 28 U.S.C. § 2412.

<u>This Judgment filed and entered on June 23, 2016, with *electronic service* upon:</u>

**Michael Bertics**
*Counsel for Plaintiff*

**Cathleen McNulty**
*Counsel for Defendant*

　　　　　　　　　　　　　　　　　　　　　　　　**JULIE R. JOHNSTON**
　　　　　　　　　　　　　　　　　　　　　　　　**CLERK, U.S. DISTRICT COURT**

<u>June 23, 2016</u>　　　　　　　　　　　　　　/s/ *Shelia D. Foell*
　　　　　　　　　　　　　　　　　　　　　　　　(By): Shelia D. Foell, Deputy Clerk